UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:24-cr-248 |
| | : | |
| **BARBARA BALMASEDA,** | : | |
| | : | |
| Defendant. | : | |

JOINT STATUS REPORT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Barbara Balmaseda, through her counsel, submit the following joint status report:

1. Barbara Balmaseda is charged with Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2); Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating or Picketing in the Capitol Buildings in violation of 40 U.S.C. § 5104(e)(2)(G).

2. There is currently a status conference set for December 9, 2024, at 2:00 P.M.

3. The government extended a plea offer on September 19, 2024. On December 3, 2024, counsel for the Defendant informed the government that Ms. Balmaseda has rejected the government's plea offer.

4. At the December 9 status conference, the parties are prepared to work with the Court to schedule this case for trial.

Respectfully submitted,

Matthew M. Graves

2

       United States Attorney
       D.C. Bar No. 481052


By: /*s/ Taylor L. Fontan*
    Taylor L. Fontan, IN Bar No. 35690-53
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20001
    Phone: (202) 815-8597
    Email: Taylor.fontan@usdoj.gov


By: */s/ Nayib Hassan*
    Law Offices of Nayib Hassan, P.A.
    6175 NW 153 St, Suite 209
    Miami Lakes, FL 33014
    Phone: (305) 403-7323
    Email: hassan@nhassanlaw.com

    ***Counsel for Barbara Balmaseda***